UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
FROM CHARLESTON TO BLUEFIELD

RANDALL RAY BUTLER,

    Petitioner,

v.                                 Civil Action No. 2:09-0180
                                   *to be henceforth known as*
                                   Civil Action No. 1:09-0180

MICHAEL K. MARTIN, Administrator,

    Respondent.

O R D E R

    For reasons appearing to the court, it is hereby ORDERED that the above-styled action be, and it hereby is, transferred from the Charleston division of this court to the Bluefield division. Pro se litigants and non-CM/ECF users are directed to mail all future pleadings for filing to the Bluefield point of holding court at the following address:

        Teresa L. Deppner, Clerk of Court
        United States District Court
         for the Southern District of West Virginia
        P. O. Box 4128
        Bluefield, WV  24701

    Parties shall also note the change in the office designator code from the number "2" to the number "1" which is the first digit in the civil number assigned to this case. Pleadings henceforth should bear Civil Action No. 1:09-0180.

Further, the Clerk is directed to reassign this case to another judicial officer in this district for further proceedings to be held herein.

The Clerk is requested to transmit this written order to counsel of record and to ~~and~~ any unrepresented parties.

DATED: March 19, 2009

John T. Copenhaver, Jr.
United States District Judge